# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES – SENTENCING AND JUDGMENT HEARING

| | |
|---|---|
| Case No.  ED CR 19-00151 DSF - 1 | Date  October 7, 2019 |

Present: The Honorable  **DALE S. FISCHER, UNITED STATES DISTRICT JUDGE**

Interpreter  N/A

| Renee Fisher | Pat Cuneo | Robert Steven Trisotto |
|---|---|---|
| *Deputy Clerk* | *Court Reporter* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| 1) Jose Luis Canales | √ | √ | | 1) Carlos L. Juarez | √ | √ | |

**Proceedings:**  SENTENCING AND JUDGMENT HEARING (Held and Completed)
☒ Non-Evidentiary  ☐ Contested

√  Refer to separate Judgment & Probation/Commitment Order.

√  The Court grants the Government's motion to dismiss all remaining count(s)/underlying indictment/information.

√  Defendant informed of right to appeal.

___  Bond exonerated on surrender.